# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# AT PIKEVILLE

| | |
|---|---|
| KENNETH HAMILTON, ET AL., <br><br> PLAINTIFFS, <br> V. <br><br> 3M COMPANY, ET AL., <br><br> DEFENDANTS. | CASE NO. 7:21-CV-87-REW-CJS |

## AEARO LLC'S JOINDER IN 3M COMPANY'S
## RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Defendant, Aearo LLC[1] ("Aearo"), by and through counsel, joins in 3M Company's opposition to plaintiff's motion to remand. Aearo adopts and incorporates by reference, as though fully set forth herein, the entirety of 3M's response, which applies equally to Aearo. Plaintiffs' motion to remand should be denied as to Aearo and 3M Company, as well as all other defendants.

*/s/ Whitney Frazier Watt*
Robert M. Connolly
Carol Dan Browning
Whitney Frazier Watt
Emily L. Startsman
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
Facsimile: (502) 587-6391

*Counsel for Aearo LLC*

---

[1] American Optical Corporation, Cabot Corporation, Cabot CSC Corporation, and Aearo Technologies, LLC have consented to removal and filed Rule 7.1 disclosures, but have not been served.  They do not waive their right to effective service or to assert any other defenses, including lack of jurisdiction.  This is not an entry of appearance on their behalf.

1

**Certificate of Service**

I hereby certify that a copy of the foregoing was electronically filed this 15th day of December, 2021, through the operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Whitney Frazier Watt*
Counsel for Aearo LLC
